UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RATES TECHNOLOGY,

                Plaintiff(s),

    -against-

LEVEL 3 COMMUNICATIONS,

                Defendant(s).
--------------------------------------------------------X
RATES TECHNOLOGY,

                Plaintiff(s),

    -against-

METROPCS COMMUNICATIONS

                Defendant(s).
--------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 3254 (JGK)

11 civ 3255 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, July 14, 2011,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       June 1, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2011
```