USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/15/2011

United States District Court
Southern District of New York

---

RATES TECHNOLOGY INC.,

        Plaintiff,

- against -

METROPCS COMMUNICATIONS, INC.,

        Defendant.

---

RATES TECHNOLOGY INC.,

        Plaintiff,

- against -

LEVEL 3 COMMUNICATIONS, INC. and
GLOBAL CROSSING LIMITED,

        Defendants.

---

11 Civ. 3254 (JGK)
11 Civ. 3255 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **September 28, 2011** at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
            July 14, 2011

                                    John G. Koeltl
                               United States District Judge